**UNITED STATES BANKRUPTCY COURT,**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
Suite 5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Telephone (412) 644-4052

**MICHAEL R. RHODES**
**CLERK OF COURT**

Date: December 22, 2021

Case Name: George C. Snyder

Case Number: 21-22419-CMB

Dear Appellant:

    Your Notice of Appeal was filed on 12/21/2021, and you are directed to comply with the following:

- X   Refile Notice of Appeal (Official Form 417A), listing Appellant and Appellee under party 1 and party 2, and include Appellant's signature under Part 5.
- X   Pay the $293.00 filing fee by 28 U.S.C. §1930(b).
- X   Pay the $5.00 filing fee prescribed by 28 U.S.C. §1930(c).
- X   Fill out and return an Appeal Cover Sheet for the District Court which can be found at www.pawd.uscourts.gov.

    Sincerely,

    Michael R. Rhodes
    Clerk, U.S. Bankruptcy Court

    By: _____Dmitriy Kampov_____
              Deputy Clerk

#13e-I