UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 21-22419-CMB |
| GEORGE S. SNYDER, | CHAPTER 13 |
| Debtor. | |
| ALLEGHENY ESTATES, LLC, | |
| Movant, | |
| v. | |
| GEORGE S. SNYDER, | |
| Respondent. | |

     I, Lisa M. Burkhart, Esquire, certify that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Motion for Order to Confirm Stay, Proposed Order and Notice of Hearing with Response Deadline and served a copy of same upon the following on June 2, 2022.

Service: Regular, first-class United States mail, postage pre-paid, addressed to:

George S. Snyder, Respondent
98 Arlene Avenue
North Versailles, PA 15137

Ronda J. Winnecour, Trustee
600 Grant Street, Suite 3250
Pittsburgh, PA 15219

        Respectfully Submitted,
        Brandt, Milnes & Rea PC

        **/s/ Lisa M. Burkhart**
        Lisa Burkhart, Esquire
        Counsel for Movant,
        Allegheny Estates, LLC

        Pa. I.D. No. 200272

        1109 Grant Building
        310 Grant Street
        Pittsburgh, PA 15219

        Email: lburkhart@bmr-law.com
        Telephone: (412) 255-6500