IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: )
)
GEORGE SNYDER, ) Case 21-22419-CMB
)
Debtor. )
_____ ) RE: Entry 66

## OPPOSITION TO MOTION FOR ORDER TO CONFIRM STAY

Debtor George Snyder file this, his Opposition to the Motion to Confirm Stay:

1. Concurrently, Debtor filed a motion to continue the automatic stay. The earliest hearing that can be set is for September 20, 2022, at 11:00 a.m. Debtor scheduled for this date.

2. The Court should rule on that request.

3. Creditor seeks to gain an unfair advantage by taking advantage of what is most likely an erroneous dismissal of this case. The dismissal was error under Third Circuit precedent requiring contumacious conduct and notice before dismissal. In this case, the Clerk identified deficiencies on December 8, 2021. *See* Entry 27. Notice was not mailed until December 10, 2021. *See* Entry 28. The Court dismissed the bankruptcy without hearing or opportunity to respond on December 14, 2021, BEFORE DEBTOR EVEN RECEIVED THE NOTICE.

4. The appeal is fully briefed and is awaiting a decision.

5. An adversary proceeding is pending under this bankruptcy.

6. Debtor will be required to file a second bankruptcy wasting resources if the Creditor's motion is granted, then will incorrectly claim that Debtor

is being litigious when it is Creditor that is causing multiple litigations (this is the third motion filed by Creditor).

WHEREFORE, Debtor respectfully requests that this Court deny the Motion for Order to Confirm No Stay or defer it until the Motion to Continue Automatic Stay is Heard.

Respectfully submitted,

/s/ George Snyder

George Snyder
98 Arlene Drive
North Versailles PA  15137

CERTIFICATE OF SERVICE

On this 7th day of August 2022, I served the following persons by First Class Mail:

Lisa M. Burkhard, Esq.
PO Box 207
Glenshaw PA  15116

Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh PA  15222

PA Department of Revenue
Bankruptcy Division
Box 280946
Harrisburg PA  17128

Rhonna Winnecor
Trustee
600 Grant Street, Suite 3250
Pittsburgh PA  15219

/s/ George Snyder
George Snyder