FILED
08/07/2022 3:27 p.m.
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CERTIFICATE OF SERVICE

On this 7th day of August 2022, I served the following persons by First Class Mail:

Lisa M. Burkhard, Esq.
PO Box 207
Glenshaw PA  15116

Office of the United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh PA  15222

PA Department of Revenue
Bankruptcy Division
Box 280946
Harrisburg PA  17128

Rhonna Winnecor
Trustee
600 Grant Street, Suite 3250
Pittsburgh PA  15219

/s/ George Snyder
_____
George Snyder