IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Bankruptcy No. 21-22419-CMB |
| GEORGE C. SNYDER, : | |
| : | Chapter 13 |
| Debtor. : | |
| : | Related to Doc. Nos. 66, 67, 72, 73 |

### ORDER

**AND NOW,** this **9th** day of **August, 2022**, whereas pending before the Court is a *Motion for Order to Confirm No Stay* filed by Allegheny Estates, LLC ("Allegheny Estates' Motion," Doc. No. 66), scheduled for hearing on August 23, 2022, at 10:00 A.M., and whereas Debtor, George C. Snyder, has filed both an opposition to Allegheny Estates' Motion (Doc. No. 71) and a *Motion to Continue Automatic Stay Pending Appeal* ("Motion to Continue Stay," Doc. No. 72), and whereas the Court finds it appropriate to hear both parties' motions at the same time,

It is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The Debtor's Notice of Hearing (Doc. No. 73) is stricken and replaced by this Order.
2. Any response to the Debtor's Motion to Continue Stay shall be filed and served on parties in interest on or before **NOON** on **August 22, 2022.**
3. An expedited hearing on Debtor's Motion to Continue Stay will be held at **NOON** on **August 23, 2022**.
4. The hearing on Allegheny Estates' Motion is rescheduled AS TO TIME ONLY and will be held at **NOON** on **August 23, 2022.**
5. The hearings will be held via Zoom Video Conference Application. To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-

1

videohrg.pdf. Only a limited time of ten (10) minutes is reserved on the Court's calendar. This will not be an evidentiary hearing.

6. Debtor shall IMMEDIATELY serve a copy of the Motion to Continue Stay and this Order on the United States Trustee, the Chapter 13 Trustee, and all creditors and file a Certificate of Service indicating service was made in compliance with this Order.

_Carlota M. Böhm_ dmk
Carlota M. Böhm
Chief United States Bankruptcy Judge

**COPY MAILED TO:**

George Snyder
98 Arlene Drive
North Versailles, PA 15137

FILED
8/9/22 7:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA