PROCEEDING MEMO

Date: 08/23/2022 12:00 pm

In re: George C. Snyder

Bankruptcy No. 21-22419-CMB
Chapter: 13
Doc. # 72

Appearances: Lisa Burkhart, Esq.
George Snyder, PRO SE DEBTOR
Owen Katz, Esq.
Colin Miller, Esq.

Nature of Proceeding: # 72 Motion To Continue Automatic Stay Pending Appeal

Additional Pleadings:

Judge's Notes:

Outcome: Hearing Held.
This matter is taken under advisement.

FILED
8/23/22 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota Böhm
Chief U.S. Bankruptcy Judge